

**United States District Court**
**Eastern District of California**

FILED

OCT 10 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

Amber Hobbs

Plaintiff(s)

Case Number: 2:22-cv-00662-KES-EPG

V.

Merck & Co., Inc., et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Kseniya Lezhnev _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Amber Hobbs (Plaintiff)

On _____08/23/2019_____ (date), I was admitted to practice and presently in good standing in the
_____Supreme Court of New Jersey_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Applications for pro hac vice admission are being concurrently made in related casees.

_____

Date:_____10/07/2024_____   Signature of Applicant: /s/ Kseniya Lezhnev

**Pro Hac Vice Attorney**

Applicant's Name: Kseniya Lezhnev

Law Firm Name: Wilentz, Goldman & Spitzer , P.A.

Address: 90 Woodbridge Center Drive, Suite 900, Box 10

City: Woodbridge    State: NJ    Zip: 07095

Phone Number w/Area Code: (732) 636-8000

City and State of Residence: Toms River, NJ

Primary E-mail Address: klezhnev@wilentz.com

Secondary E-mail Address: kseniya.lezhnev@wilentz.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Shehnaz M. Bhujwala

Law Firm Name: Boucher LLP

Address: 21600 Oxnard Street, Suite 600

City: Woodland Hills    State: CA    Zip: 91367

Phone Number w/Area Code: (818) 340-5400    Bar #: CA 223484

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/10/24

_____
JUDGE, U.S. DISTRICT COURT

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **Kseniya Lezhnev**

*(No.* **256172019** *) was constituted and appointed an Attorney at Law of New Jersey on* **August 23, 2019** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* 15th *day of* August *, 20* 24 *.*

*Heather J Baker*

*Clerk of the Supreme Court*